```
ANDREA MARIE GRAY              GM FINANCIAL                   REPUBLIC FINANCE
JAMES LEWIS GRAY               ATTN: BANKRUPTCY               1600 MS-15
76 THOMAS GRAY DR              801 CHERRY STREET              SUITE 300B
ELLISVILLE, MS 39437           STE. 3500                      LAUREL, MS 39440
                               FORT WORTH, TX 76102


THOMAS C. ROLLINS, JR.         JEFFERSON CAPITAL SYST         SOUTH CENTRA REGIONAL
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY               1220JEFFERSON ST.
P.O. BOX 13767                 200 14TH AVE E                 LAUREL, MS 39440
JACKSON, MS 39236              SARTEKK, MN 56377


AFFIRM, INC.                   LAUREL SURGERY AND END         SOUTHERN BONE & JOINT
ATTN: BANKRUPTCY               710 W 12TH ST                  3688 VETERANS MEMORIAL
650 CALIFORNIA ST              LAUREL, MS 39440               STE 200
FL 12                                                         HATTIESBURG, MS 39401
SAN FRANCISCO, CA 94108


CAPITAL ONE                    LVNV FUNDING LLC               SUNBELT FEDERAL CU
ATTN: BANKRUPTCY               ATTN: BANKRUPT                 ATTN: BANKRUPTCY
PO BOX 30285                   PO BOX 1269                    6885 US HWY 49
SALT LAKE CITY, UT 84130       GREENVILLE, SC 29602           HATTIESBURG, MS 39402


CFNA                           MERCHANTS ADJUSTMENT           SYNCHRONY
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
 PO BOX 81315                  56 NORTH FLORIDA ST            PO BOX 955060
CLEVELAND, OH 44181            MOBILE, AL 36607               ORLANDO, FL 32896-5060


CFNA                           MIDLAND CREDIT MGMT            TOWER LOAN
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 81315                   PO BOX 939069                  PO BOX 320001
CLEVELAND, OH 44181            SAN DIEGO, CA 92193            FLOWOOD, MS 39232


CITIBANK                       MOHELA
CENTRALIZED BANKRUPTCY         ATTN: BANKRUPTCY
PO BOX 790046                  633 SPIRIT DR
ST LOUIS, MO 63179             CHESTERFIELD, MO 63005


CITIBANK                       MOHELA
ATTN: BANKRUPTCY DEPT          633 SPIRIT DRIVE
P.O.BOX 790046                 CHESTERFIELD, MO 63005
ST. LOUIS, MO 63179


FIRST PREMIER BANK             PORTFOLIO RECOVERY
3820 N LOUISE AVE              ATTN: BANKRUPTCY
SIOUX FALLS, SD 57107          120 CORPORATE BLVD
                               NORFOLK, VA 23502
```