UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  ANDREA MARIE GRAY and JAMES LEWIS GRAY          Chapter 13
Case No:25-51832 KMS

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(4).  Creditors would receive a greater distribution under a Chapter 7 proceeding in that **1:  the Debtors transferred a 2018 Kia to their daughter in 2025, the case trustee requests verification the title was transferred and approximate value of car at time of transfer.  If the title is still in Debtors name then the vehicle should be listed on A/B and exempted on C if applicable; 2:  trustee requests information on the transfer of 2.26 acres with a FMV of $11,000 to Joseph Purvis for $10.00 in 2024; 3:  trustee requests the name/address of daughter on SOFA #7 that received $1,200 from Debtors in April 2025; 4:  trustee requests verification of how the life estate value on A/B was calculated; 5:  Debtors have claimed a possible incorrect exemption for a cancer policy.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a

modified plan.

2. The Trustee hereby objects to any amended plan filed hereafter.

3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 2/3/2026

/s/  Brian Wilson
Brian Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS  39403
(601) 582-5011

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi  39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this  3rd of February, 2026.

/s/  Brian Wilson
Brian Wilson