UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:   ANDREA GRAY                                              CHAPTER 13
         JAMES GRAY,                                              CASE NO: 25-51832 KMS
              Debtors

## TRUSTEE'S OBJECTION TO EXEMPTIONS

Comes now David Rawlings, Standing Chapter 13 Trustee, who would show the following for which relief is sought. It is reasonably believed, and evidence will show that Schedule C (Dkt. #4) improperly utilizes an exemption:

**Specifically, Schedule C improperly purports to utilize Miss. Code Ann. § 83-7-5 toward a potential claim under a Cancer Policy. Further, the Trustee has received no information pertaining to the policy which would suggest said exemption statute is applicable.**

WHEREFORE your petitioner prays that the scheduled exemption be denied and for all other just and proper relief.

**Date**:  02/18/2026                                         /s/ David Rawlings
                                                              David Rawlings,
                                                              Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have forwarded via ECF, and U.S. Mail, postage paid, a true and correct copy of the foregoing Objection to Exemptions to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; Thomas Carl Rollins, Jr., The Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236.

So certified this 18th day of February, 2026.

                                                              /s/ David Rawlings
                                                              David Rawlings, Trustee