# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51832  **Case Name:** Andrea Marie Gray and James Lewis Gray

**Set:** 02/24/2026 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #17) - RESET TO 3/17/26 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Trustee's Objection (Dkt. #17) is reset to 3/17/26. Confirmation hearing removed. (mcc)