**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Andrea Marie Gray                                    Case No. 25-51832-KMS
          James Lewis Gray, Debtors                             CHAPTER 13

## RESPONSE

COME NOW, Debtors, by and through counsel, and responds to Trustee's Objection to Exemptions (dk # 18) as follows:

1. Debtors commenced this case on 12/05/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors acknowledge the Trustee's Objection to certain exemptions claimed in Schedule C.

3. The Debtors intend to file an amended Schedule C to address the Trustee's concerns.

WHEREFORE, Debtors pray for an Order denying the Objection and for such additional or alternative relief as may be just and proper.

                              Respectfully submitted,

                    By:    /s/ Thomas C. Rollins, Jr.
                           Thomas C. Rollins, Jr. (MSBN 103469)
                           Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on March 5, 2026, to:

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                            <u>/s/ Thomas C. Rollins, Jr.</u>
                              Thomas C. Rollins, Jr.