# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51832  **Case Name:** Andrea Marie Gray and James Lewis Gray

**Set:** 03/17/2026 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #17)

---

Minute Entry Re: (related document(s): [17] Objection to Confirmation of the Plan filed by David Rawlings) Brian Wilson to submit an Agreed Order. Order due by 03/31/2026. Email received from Wilson. (mcc)