# Proceeding Minutes / Proceeding Memo

**Case #:**  25-51832          **Case Name:**   Andrea Marie Gray and James Lewis Gray

**Set:**   03/19/2026 10:30 am   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Objection to Debtor's Claim of Exemptions Filed by Trustee David Rawlings.  (Dkt. #18)

Response filed by the Debtors (Dkt. #24)

---

Minute Entry Re: (related document(s): [18] Objection to Debtor's Claim of Exemptions filed by David Rawlings) Brian Wilson to submit an Order withdrawing the Objection. Order due by 04/02/2026. Email received from Wilson. (mcc)