_____

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         ANDREA MARIE GRAY and JAMES LEWIS GRAY,
               DEBTOR(S)

                                          CHAPTER 13 BANKRUPTCY
                                          CASE NO. 25-51832-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### OBJECTION TO CONFIRMATION

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation (Docket No. 17).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor shall provide, on or before August 1 of every year during the life of this case, an annual accounting of benefits received under a cancer policy. The deductible is $6,500 yearly for the policy, once the $6,500 deductible amount has been repaid to Debtor, any amounts received above $6,500.00 shall be submitted to the trustee and applied as regular plan payments received .

–1–

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net