_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:        ANDREA MARIE GRAY and JAMES LEWIS GRAY,
              DEBTOR(S)

                                            CHAPTER 13 BANKRUPTCY
                                            CASE NO. 25-51832-KMS

DAVID RAWLINGS, TRUSTEE


### ORDER ON TRUSTEE'S
### OBJECTION TO EXEMPTIONS


THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Exemptions (Docket No. 18). The Debtor filed a Response (Docket No. 24).   An Amended C was filed on 3-10-2026 (Docket No. 25).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection To Exemptions is WITHDRAWN.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net