United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-51832-KMS

Andrea Marie Gray                                                                Chapter 13

James Lewis Gray

　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                                    User: mssbad                                    Page 1 of 2

Date Rcvd: Mar 24, 2026                              Form ID: pdf012                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol             Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Andrea Marie Gray, James Lewis Gray, 76 Thomas Gray Dr, Ellisville, MS 39437-4521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:

**Name**                              **Email Address**

Brian Christopher Wilson

　　　　on behalf of Trustee David Rawlings bwilson@rawlings13.net

David Rawlings

　　　　ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings

　　　　on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr

　　　　on behalf of Joint Debtor James Lewis Gray trollins@therollinsfirm.com
　　　　jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

　　　　on behalf of Debtor Andrea Marie Gray trollins@therollinsfirm.com

District/off: 0538-6                        User: mssbad                              Page 2 of 2
Date Rcvd: Mar 24, 2026                     Form ID: pdf012                           Total Noticed: 1

          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

          USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:      ANDREA MARIE GRAY and JAMES LEWIS GRAY,
            DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO. 25-51832-KMS

DAVID RAWLINGS, TRUSTEE


### ORDER ON TRUSTEE'S
### OBJECTION TO EXEMPTIONS


THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Exemptions (Docket No. 18). The Debtor filed a Response (Docket No. 24).   An Amended C was filed on 3-10-2026 (Docket No. 25).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection To Exemptions is WITHDRAWN.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Agreed/Approved By:

/s/ Thomas C. Rollins, Jr., Attorney
For the Debtor(s)

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net