United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                         Case No. 25-51832-KMS

Andrea Marie Gray                                                                    Chapter 13

James Lewis Gray

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                      Page 1 of 3

Date Rcvd: Apr 14, 2026                   Form ID: n031                             Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrea Marie Gray, James Lewis Gray, 76 Thomas Gray Dr, Ellisville, MS 39437-4521 |
| 5598337 | | Laurel Surgery and End, 710 W 12th St, Laurel, MS 39440 |
| 5598344 | | Republic Finance, 1600 MS-15, Suite 300B, Laurel, MS 39440 |
| 5598345 | + | South Centra Regional, 1220Jefferson St., Laurel, MS 39440-4374 |
| 5620677 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |
| 5598346 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5598347 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5598328 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 14 2026 19:36:18 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5601140 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 14 2026 19:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5598330 | + | Email/Text: BKPT@cfna.com | Apr 14 2026 19:29:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5601479 | | Email/Text: BKPT@cfna.com | Apr 14 2026 19:29:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5598329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2026 19:36:16 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5598333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 19:36:19 | Citibank, Attn: Bankruptcy Dept, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5598332 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 19:36:24 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5598334 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 14 2026 19:36:16 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5598335 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 14 2026 19:29:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 5603814 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 14 2026 19:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5598336 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 14 2026 19:29:00 | Jefferson Capital Syst, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5598338 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 19:36:13 | LVNV Funding LLC, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5600098 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2026 19:36:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0538-6        User: mssbad        Page 2 of 3

Date Rcvd: Apr 14, 2026        Form ID: n031        Total Noticed: 35

| Recip ID | | Notice | Date/Time | Name and Address |
|---|---|---|---|---|
| 5620741 | | Email/Text: sheri@masinc.org | Apr 14 2026 19:29:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5598339 | | Email/Text: sheri@masinc.org | Apr 14 2026 19:29:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5598342 | | Email/Text: EBN@Mohela.com | Apr 14 2026 19:29:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5598341 | | Email/Text: EBN@Mohela.com | Apr 14 2026 19:29:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5609751 | | Email/Text: EBN@Mohela.com | Apr 14 2026 19:29:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5617218 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 19:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5598340 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 14 2026 19:29:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5598343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2026 19:36:12 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5614511 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2026 19:36:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5603687 | | Email/Text: bankruptcy@republicfinance.com | Apr 14 2026 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5619188 | + | Email/Text: bncmail@w-legal.com | Apr 14 2026 19:29:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5598348 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 14 2026 19:36:22 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5622253 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 14 2026 19:36:22 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5598349 | | Email/Text: bankruptcy@towerloan.com | Apr 14 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5617397 | + | Email/Text: bankruptcy@towerloan.com | Apr 14 2026 19:29:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5598331 | *+ | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0538-6                   User: mssbad                        Page 3 of 3
Date Rcvd: Apr 14, 2026               Form ID: n031                        Total Noticed: 35

Date: Apr 16, 2026                Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor James Lewis Gray trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Andrea Marie Gray trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  25−51832−KMS
**Chapter:**  13

**In re:**

Andrea Marie Gray
aka Andrea Gray
76 Thomas Gray Dr
Ellisville, MS 39437

James Lewis Gray
aka James Lewn Gray
76 Thomas Gray Dr
Ellisville, MS 39437

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/14/2026 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 14, 2026

Danny L. Miller, Clerk of Court